

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-91,338-01

### EX PARTE DAVID PATRICK BERTRAM, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NUMBER 1519159-A IN THE 178TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

This is a post-conviction application for a writ of habeas corpus forwarded to this Court pursuant to TEX. CODE CRIM. PROC. art. 11.07, § 3, *et seq.* Applicant was convicted of attempt to commit aggravated kidnapping, and punishment was assessed at fifty years' confinement. The First Court of Appeals affirmed his conviction. *Bertram v. State*, No. 01-17-00940-CR (Tex. App.—Houston[1st] May 30, 2019) (not designated for publication).

The Court received this writ application on June 22, 2020. On Aug. 26, 2020, this Court denied it. Applicant filed a supplemental application in the trial court on June 23,

2020. We did not receive it until after we entered our order. Therefore, we reconsider the application. After reconsideration on its own motion, the Court finds that the application should be denied on the merits. Accordingly, the Court enters an order denying this application.

Applicant's writ application is denied.

DO NOT PUBLISH
DELIVERED: January 13, 2021